**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT ARGENTINA and** | : | **CIVIL ACTION** |
| **MARIE ARGENTINA** | : | |
| | : | **NO.  02-CV-3192** |
| **v.** | : | |
| | : | |
| **MYCONE DENTAL SUPPLY COMPANY,** | : | |
| **INC., <u>et al.</u>** | : | |

**<u>ORDER</u>**

    **AND NOW**, this      day of July, 2002, **IT IS ORDERED** that the order of June 28,

2002, which inadvertently placed this action in civil suspense, is **VACATED**.  Accordingly, the

Clerk of Court shall transfer this case from the Civil Suspense Docket to the Court's current case

list.

                           **BY THE COURT:**

                           _____

                           **BRUCE W. KAUFFMAN,  J.**