UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ARGENTINA and : | |
| MARIE ARGENTINA, h/w : | |
|     Plaintiffs, : | |
| vs. : | |
| MYCONE DENTAL SUPPLY : | NO.: 02-CV-3192 |
| COMPANY, INCORPORATED t/a : | |
| NATIONAL KEYSTONE : | |
| INDUSTRIES and : | |
| WILLIAM DIXON COMPANY : | |
| division of GROBERT USA : | |
|     Defendants : | |

### SELF-DISCLOSURE STATEMENT OF PLAINTIFFS, ROBERT AND MARIE ARGENTINA

Plaintiffs, Robert and Marie Argentina, husband and wife, by and through her attorney, Howard B. Segal, Esquire, offers the following Self-Executing Disclosure Statement pursuant to Rule 4:01 of the Expense and Delay Reduction Plan o the United States District Court for the Eastern District of Pennsylvania pursuant to Federal Rules of Civil Procedure 26(a).

**Section 4:01(a)(1)(A).**

The following persons and entities are likely to have discoverable information regarding the above-captioned matter specifically as to liability and damages:

1. Robert Argentina, 1029 Tasker Street, Philadelphia, PA 19143

2. Marie Argentina, 1029 Tasker Street, Philadelphia, PA 19143

3. Tony Mellace, 100 A. Pavilion Building, Jenkintown, PA (215) 887-6886.

4. Records Custodian, Hahnemann University Hospital, Philadelphia, PA

5. Robert Davidson, M.D., 1907 South Broad Street, Philadelphia, PA 19148

6. Professional Affiliates, Inc., 1548 East Passyunk Avenue, Philadelphia, PA 19147

7. Billy Wong (will supply)

8. Bob Schad (will supply)

**Section 4:01(a)(1)(B)**

9. Plaintiffs are in possession of twenty-nine (29) photographs showing Plaintiff's face and hands after this incident, his work station and denatured alcohol. (Attached are copies of same.)

10. Plaintiff is in possession of a catalog volume 1 from William Dixon Company. (This catalog is located at Plaintiffs' attorney's office located at 100 N. 17th Street, 9th Floor, Philadelphia, PA.)

11. Plaintiff is also in possession tax returns for 1999 and 2000, which are attached hereto. Plaintiff is also in possession of medical records and billing from Clinical Practice Group, Hahnemann University Hospital, Professional Eye Affiliates, Dr. Robert Davidson, and documentation concerning substitute employment help as a result of this incident. (Attached please find copies of same.) Plaintiff is also in possession of a invoice from Grobet USA attached hereto. Plaintiff is also in possession of the product at issue and eye glasses that were burned in this incident and they can be inspected at his attorney's office.

**Section 4:01(a)(1)(C).**

12. Medical bills and wage loss - $12,882.80 (See attached documentation.)

                                                                Respectfully submitted,

                                                                By:_____
                                                                    Howard B. Segal, Esquire
                                                                    Robert Morris Building
                                                                    100 North 17th Street, 9th Floor
                                                                    Philadelphia, PA 19103
                                                                    (215) 592-7520
                                                                     Attorney for Plaintiffs
                                                                     Robert and Marie Argentina

Dated: _____