BY:  Howard B. Segal, Esquire                    ATTORNEY FOR PLAINTIFFS
IDENTIFICATION NO:  33168
100 North 17th Street, 9th Floor
Philadelphia, PA  19103
(215) 592-7520

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ARGENTINA and | : | |
| MARIE ARGENTINA, h/w, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| vs. | : | NO.:  02-CV-3192 |
| | : | |
| MYCONE DENTAL SUPPLY | : | JURY TRIAL DEMANDED |
| COMPANY, INCORPORATED t/a | : | |
| NATIONAL KEYSTONE INDUSTRIES, | : | |
| and | : | |
| WILLIAM DIXON COMPANY | : | |
| division of GROBERT USA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Howard B. Segal, Esquire, attorney for Plaintiffs, Robert and Marie Argentina, hereby

certify that I caused a true and correct copy of the foregoing Motion for Continuance to be served on

September 5, 2002, via-U.S. mail, postage prepaid, to the following:

Michael J. Plevyak, Esquire                John T. Donovan, Esquire
WHITE & WILLIAMS LLP                       RAWLE & HENDERSON, LLP
1500 Lancaster Avenue                      The Widener Building
Paoli, Pennsylvania 19301-1500             One South Penn Square
                                           Philadelphia, PA 19107


HOWARD B. SEGAL, ESQUIRE
Attorney for Plaintiffs,
Robert Argentina and
Marie Argentina
 Dated: September 5, 2002

1