| | |
|---|---|
| BY: Howard B. Segal, Esquire | ATTORNEY FOR PLAINTIFFS |
| IDENTIFICATION NO: 33168 | |
| 100 North 17th Street, 9th Floor | |
| Philadelphia, PA 19103 | |
| (215) 592-7520 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT ARGENTINA and MARIE ARGENTINA, h/w, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| vs. | : | NO.: 02-CV-3192 |
| MYCONE DENTAL SUPPLY COMPANY, INCORPORATED t/a NATIONAL KEYSTONE INDUSTRIES, and WILLIAM DIXON COMPANY division of GROBERT USA, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of September, 2002, upon consideration of Plaintiffs' Motion for Continuance, it is hereby ORDERED and AGREED that said Motion is Granted and that the Arbitration in the above-captioned which is currently scheduled for October 9, 2002, is adjourned and shall be rescheduled to a date not less than 120 days from the date of this Order.

Approved:

_____

J.