IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert Argentina, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3192 |
| | : | |
| Mycone Dental Supply Company, Inc. et al | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Thursday, February 20, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

\* Rescheduled from October 9, 2002

Michael E. Kunz
Clerk of Court

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date: September 12, 2002

Copies:   Michael Beck, Courtroom Deputy to Judge Bruce W. Kauffman
Docket Clerk - Case File

      Counsel:      Howard S. Segal, Esq.
                             Michael J. Plevyak, Esq.
                             John T. Donovan, Esq.
                             Thomas A. Kuzmick, Esq.
      Arbitration:    Joseph Lombardo, Esq.
                             Margot Jones, Esq.
                             Linda Berman, Esq.

ARB2.FRM