IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT ARGENTINA, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3192 |
| | : | |
| **MYCONE DENTAL SUPPLY COMPANY, INC., et al.** | : | |
| | : | |

**ORDER**

     **AND NOW**, this_____day of January, 2003, upon consideration of the parties' Joint Motion for a Continuance (docket no. 18), **IT IS ORDERED** that the Motion is **GRANTED**. Accordingly, the Arbitration previously scheduled for February 20, 2003 shall be continued until **May 27, 2003**.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**