IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert Argentina, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3192 |
| | : | |
| Mycone Dental Supply Company, Inc., et al | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Tuesday, May 27, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued from 2/20/03

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:<u>February 13, 2003</u>

Copies:    Michael Beck, Courtroom Deputy to Judge Bruce W. Kauffman
Docket Clerk - Case File

    Counsel:    Michael J. Plevyak, Esq.
                          John T., Donovan, Esq.
                          Thomas A. Kuzmick, Esq.
    Arbitrators:    Joseph Lombardo, Esq.
                          Margot Jones, Esq.
                          Linda Berman, Esq.

ARB2.FRM