IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ARGENTINA, et al | : | CIVIL ACTION |
| vs. | : | |
| MYCONE DENTAL SUPPLY COMPANY, et al. | : | NO.: 02-CV-3192 |

- - -   **FILED**

JUL -8 2003

MICHAEL E. KUNZ, Clerk
By_____C.D._____Dep. Clerk

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel of record for defendant, Mycone Dental Supply Co., Inc. in the above-captioned matter.

WHITE AND WILLIAMS LLP

By: _____
Colleen A. Galbraith, Esquire
Attorneys for Defendant,
Mycone Dental Supply Co., Inc.
Identification No.: 76577
1500 Lancaster Avenue

Paoli, PA 19301
(610) 240-4714