IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ARGENTINA and<br>MARIE ARGENTINA<br><br>    v.<br><br>MYCONE DENTAL SUPPLY<br>COMPANY, INC., t/a<br>NATIONAL KEYSTONE INDUSTRIES<br>and<br><br>WILLIAM DIXON COMPANY, a<br>division of GROBET USA | CIVIL ACTION<br><br>NO.  02-CV-3192 |

## ORDER

**AND NOW**, this _____ day of July, 2003, it appearing that an Arbitration Award was entered and filed on May 29, 2003 (docket no. 21) and that thirty days have elapsed without any party demanding a trial <u>de novo</u>, in accordance with the Arbitration Award and Local Rule of Civil Procedure 53.2, **IT IS ORDERED** that:

1. Judgment is **ENTERED** in favor of Plaintiff Robert Argentina and against Defendant William Dixon Company, division of Grobet USA, in the amount of $45,000;

2. Judgment is **ENTERED** in favor of Plaintiff Marie Argentina and against Defendant William Dixon Company, division of Grobet USA, in the amount of $10,000; and

3. Judgment is **ENTERED** in favor of Defendant Mycone Dental Supply Company, Inc., t/a National Keystone Industries and against Plaintiffs Robert Argentina and Marina Argentina.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN,  J.**