BY:  Howard B. Segal, Esquire        ATTORNEY FOR PLAINTIFFS
IDENTIFICATION NO:  33168
100 North 17th Street, 9th Floor
Philadelphia, PA  19103
(215) 592-7520

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ARGENTINA and MARIE ARGENTINA, h/w, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| vs. | : : | NO.: 02-CV-3192 |
| MYCONE DENTAL SUPPLY COMPANY, INCORPORATED t/a NATIONAL KEYSTONE INDUSTRIES, and WILLIAM DIXON COMPANY division of GROBERT USA, | : : : : : : : | |
| Defendants. | : : | |

## PLAINTIFFS' BILL OF COSTS

    I.    Record Costs:

        a.    Clerk of Courts        $ 405.50
        b.    Court Reporter Fees        $1402.30

    II.    Non-Record Costs: Witness Fees        $  55.00

    Total:        $1,862.83

HOWARD B. SEGAL, ESQUIRE
Attorney for Plaintiffs

| | |
|---|---|
| BY:  Howard B. Segal, Esquire<br>IDENTIFICATION NO:  33168<br>100 North 17th Street, 9th Floor<br>Philadelphia, PA  19103<br>(215) 592-7520 | ATTORNEY FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT ARGENTINA and<br>MARIE ARGENTINA, h/w, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| vs. | : | NO.:  02-CV-3192 |
| | : | |
| MYCONE DENTAL SUPPLY<br>COMPANY, INCORPORATED t/a<br>NATIONAL KEYSTONE INDUSTRIES,<br>and<br>WILLIAM DIXON COMPANY<br>division of GROBERT USA, | :<br>:<br>:<br>:<br>: | |
| | : | |
| Defendants. | : | |

## AFFIDAVIT

_____   I Howard B. Segal, Esquire, being duly sworn according to the law deposes and says that the foregoing costs are correct and necessarily incurred in this action that the services in which fees have been charged were actual and necessarily performed. The witnesses listed were actually present in court and, in my opinion, were material witnesses.

_____
HOWARD B. SEGAL, ESQUIRE
Attorney for Plaintiffs,
Robert Argentina and Marie Argentina

_____

BY: Howard B. Segal, Esquire  ATTORNEY FOR PLAINTIFFS
IDENTIFICATION NO: 33168
100 North 17th Street, 9th Floor
Philadelphia, PA  19103
(215) 592-7520

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT ARGENTINA** and **MARIE ARGENTINA**, h/w, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| vs. | : : | NO.: 02-CV-3192 |
| **MYCONE DENTAL SUPPLY COMPANY, INCORPORATED** t/a **NATIONAL KEYSTONE INDUSTRIES**, and **WILLIAM DIXON COMPANY** division of **GROBERT USA**, | : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : : | |

**CERTIFICATE OF SERVICE**

  I, Howard B. Segal, Esquire, attorney for Plaintiffs, Robert and Marie Argentina, hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Bill of Costs to be served on August 1, 2003 , via-U.S. mail, postage prepaid, to the following:

| | |
|---|---|
| Michael J. Plevyak, Esquire | John T. Donovan, Esquire |
| WHITE & WILLIAMS, LLP | RAWLE & HENDERSON, LLP |
| 1500 Lancaster Avenue | The Widener Building |
| Paoli, PA 19301 | One South Penn Square |
| | Phila., PA 19107 |

                HOWARD B. SEGAL, ESQUIRE
                Attorney for Plaintiffs,
                Robert Argentina and
                Marie Argentina