IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ARGENTINA and MARIE ARGENTINA, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | |
| MYCONE DENTAL SUPPLY COMPANY, INC. t/a NATIONAL KEYSTONE INDUSTRIES and WILLIAM DIXON COMPANY, a division of GROBET USA, | : : : : : | NO. 02-CV-3192 |
| Defendants. | : | |

### DEFENDANT WILLIAM DIXON'S DEMAND FOR TRIAL *DE NOVO*

TO THE CLERK:

Defendant, William Dixon, by and through counsel, Rawle & Henderson LLP, hereby demands a trial *de novo* and appeal of the arbitration award filed on May 28, 2003 as to all parties the arbitration award is attached hereto as Exhibit "A".

                                                                     Respectfully submitted,

                                                                     **RAWLE & HENDERSON** LLP

                                                                     By:_____
                                                                         Thomas A. Kuzmick, Esquire
                                                                         Identification No. 37420
                                                                         John T. Donovan, Esquire
                                                                         Identification No. 66494
                                                                         The Widener Building, 17th Floor
                                                                         One South Penn Square
                                                                         Philadelphia, PA 19107
                                                                         (215) 575-4200
                                                                         Attorneys for Defendant,
                                                                         William Dixon Company, a division of
                                                                         Grobet File Company of America, Inc.

Dated: _____, 2003

830447 v.1

# EXHIBIT "A"

830447 v.1