BY:  Howard B. Segal, Esquire                                     ATTORNEY FOR PLAINTIFFS
IDENTIFICATION NO:  33168
100 North 17th Street, 9th Floor
Philadelphia, PA  19103
(215) 592-7520

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ARGENTINA and MARIE ARGENTINA, h/w,  :  :  Plaintiffs,  :  :  vs.  :  :  MYCONE DENTAL SUPPLY COMPANY, INCORPORATED t/a NATIONAL KEYSTONE INDUSTRIES, and WILLIAM DIXON COMPANY division of GROBET USA,  :  :  :  :  :  :  Defendants.  : | CIVIL ACTION  NO.: 02-CV-3192 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

   Kindly enter my appearance as co-counsel of record for Plaintiffs, Robert and Marie Argentina, in the above-captioned matter.

                                                                    _____
                                                                    JOHN M.  WILLIS, ESQUIRE
                                                                    Co-Counsel for Plaintiffs, Robert and Maria Argentina
                                                                    Identification No.: 38622
                                                                    1845 Walnut Street, Suite 610
                                                                    Philadelphia, PA 19103
                                                                    (215) 567-2300