### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT ARGENTINA and MARIE ARGENTINA** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 02-3192** |
| | : | |
| **MYCONE DENTAL SUPPLY COMPANY, INC., <u>et al.</u>** | : | |
| | : | |

### <u>ORDER</u>

**AND NOW,** this              day of December, 2003, counsel for Plaintiff having reported

that the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule

41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is **ORDERED**

that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and

without costs.

**BY THE COURT:**

_____

**BRUCE W. KAUFFMAN,  J.**